UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE CO., GREAT
NORTHERN INSURANCE COMPANY, and
PACIFIC INDEMNITY COMPANY,

        Plaintiffs,

  -against-

PAUL H. MERTZ, JR., THE MERTZ
COMPANY, and DENNIS SORGE,

        Defendants.

12-cv-1597-NSR-JCM

OPINION & ORDER

NELSON S. ROMÁN, United States District Judge

  Based on the parties' objections to the admissibility of the testimony of Sarah Brogan, the Court makes the following rulings:

| Objecting | Page(s):Line(s) | Objection | Ruling |
|---|---|---|---|
| Federal | 43:2-11 | Incomplete, ambiguous | Not Offered |
|  | 44:23 to 45:5 | Non-Responsive, move to | Not Offered |
|  | 58:2 to 62:22 | Asked and Answered | 58:2 -25 – Sustained; 62:4-22 – Sustained; Overruled as to remaining lines |
|  | 64:16 to 67:13 | Asked and Answered | Overruled |
|  | 73:19 to 74:10 | Edit out as irrelevant | Not Offered |
|  | 77:2-3 | Irrelevant, incomplete, | Not Offered |
|  | 77:6-17 | Non-Responsive, move to | Sustained |
|  | 79:24 to 80:20 | Non-Responsive, move to | Not Offered |
|  | 81:15-17 | Edit out as irrelevant | Sustained |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2016

| Objecting | Page(s):Line(s) | Objection | Ruling |
|---|---|---|---|
| | 81:22-25 | Incomplete, ambiguous | Not Offered |
| | 82:17-21 | Ambiguous | Overruled |
| | 89:9-10 | Edit out, withdrawn | Not Offered |
| | 93:14 to 94:4 | Rule 608(a), irrelevant | Sustained |
| | 94:5-22 | Irrelevant | Sustained |
| | 94:23 to 95:10 | Rule 608(a), irrelevant | Sustained |
| | 95:13-23 | Edit out, withdrawn | Sustained |
| | 96:9-15 | Hearsay | Sustained |
| | 96:20-25 | Asked and Answered | Not Offered |
| | 97:8 to 98:6 | Vouching | Overruled |
| | 98:7-21 | Foundation, irrelevant | Not Offered |
| | 99:8-20 | Irrelevant | Not Offered |
| Sorge | 28:20-25 | Form | Overruled |
| | 102:4-12 | Form | Overruled |
| Mertz | 23:4-11 | Form | Overruled |
| | 26:3-22 | Form | Overruled |
| | 27:16-20 | Hearsay | Overruled |
| | 28:20-25 | Form | Overruled |
| | 31:12-32:4 | Hearsay | Sustained |
| | 33:8-15 | Hearsay | 33:11-15 – Sustained; Overruled as to remaining lines |
| | 34:8-16 | Hearsay | 34:11-13 (up to and including the word, "work") – Sustained; Overruled as to remaining lines |
| | 35:22-36:4 | Form | 36:4 – Sustained – Non-Responsive; Overruled as to remaining lines |
| | 55:5-14 | Hearsay | Sustained |
| | 102:4-12 | Form | Overruled |

Dated: April 26, 2016
White Plains, New York

SO ORDERED/

NELSON S. ROMÁN
United States District Judge